DOLLY GERST, Appellant, v. BERT P. GERST, Respondent.— Order reversed upon the law and the facts, without costs, and motion granted, without costs, to the extent of allowing $150 for counsel fee; one-half thereof to be paid within five days from service of a copy of the order herein, and the balance at the opening of trial. We think the motion should have been granted to this extent. A prompt trial will secure the plaintiff alimony if her claim is meritorious. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

JACOB GESELE and HATTIE GESELE, His Wife, Respondents, v. GERDA M. JOHANSEN, Appellant.— Judgment of foreclsure and sale in favor of the plaintiffs modified so as to provide that it be without prejudice to the defendant's prosecuting her cause of action at law founded upon the defense and counterclaim herein, and as thus modified unanimously affirmed, without costs. The questions propounded, designed to elicit proof that the alteration of the chimney was a structural change and that the structural change was of a character that violated the Building Code and constituted a nuisance, in so far as they were not allowed, were improper in form or were not propounded to witnesses competent to testify to the evidentiary facts upon which might be predicated a conclusion that the reconstruction was in violation of the Building Code and constituted a nuisance and resulted in the fire with consequent damage to the defendant. In other words, the defendant was not prevented from proving the defense and counterclaim, but the facts needed to sustain the defense and counterclaim were not adduced through the medium of properly framed questions propounded to witnesses competent to testify to the facts. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. Settle order on notice.

MORRIS J. GOLDSTEIN, Appellant, v. NATIONAL LIBERTY INSURANCE COMPANY OF AMERICA, Respondent, and A. B. SCHLOWSKY, INC., Defendant.— Judgment reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event. There were facts presented which required the submission of the case to the jury. Young, Kapper, Hagarty, Scudder and Tompkins, JJ., concur. [134 Misc. 90.]

HARRY T. S. GREEN, Respondent, v. THE LAKE PLACID COMPANY and THE LAKE PLACID CLUB, Appellants.— Order denying motion to change the place of trial from Nassau county to Essex county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

JOSEPH J. GREEN, Appellant, v. HELLAANE VAN WYCK GREEN, Respondent.— Judgment affirmed, with costs. No opinion. Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Carswell, J., dissent.